IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 32BJ, DISTRICT 36, et al. | CIVIL ACTION NO. 18-2180 |
| Plaintiffs, | |
| v. | |
| SHAMROCKCLEAN, INC. | |
| Defendant. | |

## **O R D E R**

**AND NOW**, this **7th** day of **September, 2018**, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Default Judgment (ECF No. 5) is **GRANTED**.

2. The Clerk of Court shall mark the case as **CLOSED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**